J. M. McCAULEY, as Warden of the Washington State Penitentiary at Walla Walla, Washington, Appellant, v. August MEHLHORN, Appellee.

No. 8564.

Circuit Court of Appeals, Ninth Circuit.
Sept. 24, 1937.

G. W. Hamilton, Atty. Gen., and W. A. Toner, Asst. Atty. Gen., for appellant.

E. D. Phelan, of Seattle, Wash., for appellees.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon the authority of Hall v. People of State of California (C.C.A.9) 79 F.(2d) 132, and cases there cited, the order herein appealed from is reversed and this case is remanded to the District Court with directions to dismiss the application for habeas corpus, without prejudice to any right of appellee to apply to any state court of the state of Washington for habeas corpus or for such other writ, remedy or relief as in such state court may be available; mandate to issue forthwith.

J. M. McCAULEY, as Warden of the Washington State Penitentiary at Walla Walla, Washington, Appellant, v. J. R. PALMER, Appellee.

No. 8525.

Circuit Court of Appeals, Ninth Circuit.
Sept. 24, 1937.

G. W. Hamilton, Atty. Gen., and W. A. Toner, Asst. Atty. Gen., for appellant.

E. D. Phelan, of Seattle, Wash., for appellees.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon the authority of Hall v. People of the State of California (C.C.A.9) 79 F.(2d) 132, and cases there cited, the order herein appealed from is reversed and this case is remanded to the District Court with directions to dismiss the application for habeas corpus, without prejudice to any right of appellee to apply to any state court of the state of Washington for habeas corpus or for such other writ, remedy or relief as in such state court may be available; mandate to issue forthwith.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. ALASKA JUNEAU GOLD MINING COMPANY, Respondent.

No. 4114.

Circuit Court of Appeals, Fourth Circuit.
May 26, 1937.

Charles Fahy, Gen. Counsel, and Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Carl E. Croson, of Seattle, Wash., for respondent.

PER CURIAM.

Order of National Labor Relations Board modified by consent, and, as modified, enforced. Order filed.